FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN CARLOS SANDOVAL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOHERTY,<br><br>Defendant. | No.  1:26-cv-3019-EFS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

Before the Court are Plaintiff's Motion to Waive Collection of the Remaining Balance of the Filing Fee and Motion to Voluntarily Dismiss Complaint.[1] Plaintiff, an individual incarcerated at the

---

[1] ECF Nos. 10, 11.

ORDER DISMISSING ACTION WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

Yakima County Jail, is proceeding *pro se* and *in forma pauperis*.[2] Defendant has not been served in this action.

After reviewing Plaintiff's Motions, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, **ECF No. 11**, is **GRANTED.**

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's Motion to Waive Collection of the Remaining Balance of the Filing Fee, **ECF No. 10**, is **GRANTED**.

4. The institution having custody of Plaintiff shall cease collection of the filing fee in this action, cause number **1:26-cv-3019-EFS**.

5. The Court certifies that any appeal of this dismissal would not be taken in good faith.

6. The Clerk of Court is directed to **CLOSE** the file.

//

//

---

[2] ECF No. 8.

ORDER DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2

IT IS SO ORDERED. The Clerk's Office is directed to file this order, **enter judgment without prejudice,** and provide a copy to Plaintiff. The Clerk of Court is further **directed** to provide a copy of this Order to the **Yakima County Jail, Attn: Jail Office Supervisor, 111 North Front St., Yakima, WA 98901**. The Clerk of Court **shall** also provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED this 20th day of May 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 3