AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**May 21, 2026**

SEAN F. MCAVOY, CLERK

JUAN CARLOS SANDOVAL

_____
)
*Plaintiff*
)
v.
)
JOHN DOHERTY
)
)

Civil Action No.   1:26-cv-3019-EFS

_____

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Pursuant to the Court Order at ECF No 12, Plaintiff's Motion to Waive Collection of the Remaining Balance of the Filing Fee, ECF No. 10, is GRANTED; Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 11, is GRANTED; Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

❐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea.

Date:   5/21/2026

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*